IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.                      : CIVIL NO: C-1-00-133
                              : JUDGE SPIEGEL
                              : MAGISTRATE JUDGE HOGAN

**CAROL J. JOHNSON,**
**aka CAROL JEAN JOHNSON,**

        **Defendant.**

**PLAINTIFF'S REQUEST TO QUASH**
**ORDER FOR JUDGMENT DEBTOR EXAMINATION**

    Plaintiff, United States of America, respectfully moves this Honorable Court to quash the Order for Judgment Debtor Examination filed on August 9, 2007 (doc. 8) in the above captioned case. The current mailing address Plaintiff has for Defendant was incorrectly verified by the United States Postal Service. The actual occupants of 3441 Hudson Avenue are George and Gloria Johnson, neither of whom are parties to this action. The whereabouts of Defendant are unknown at this time.

    Therefore, it is respectfully requested that the August 9, 2007 Order for Judgment Debtor Examination against CAROL J. JOHNSON be quashed.

                                            Respectfully submitted,

                                            GREGORY G. LOCKHART
                                            United States Attorney

                                            s/ Deborah F. Sanders
                                            DEBORAH F. SANDERS   (0043575)
                                            Assistant United States Attorney
                                            303 Marconi Blvd., Suite 200
                                            Columbus, Ohio 43215
                                            614-469-5715

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff's Request to Quash Order for Judgment Debtor Examination was mailed this ____4th____ day of ____September_____ 2007, to George and Gloria Johnson, 3441 Hudson Ave., Cincinnati, OH 45207.

s/ Deborah F. Sanders
DEBORAH F. SANDERS    (0043575)
Assistant United States Attorney

U:\DSanders\Johnson - JDX Quash.wpd