IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      : CIVIL NO: C-1-00-133
                          : JUDGE SPIEGEL
                          : MAGISTRATE JUDGE HOGAN

CAROL L. JOHNSON,
aka CAROL JEAN JOHNSON,

    Defendant.

## ORDER TO QUASH THE
## ORDER FOR JUDGMENT DEBTOR EXAMINATION

Upon Plaintiff's Motion to Quash Order for Judgment Debtor Examination, and for good cause showing that the current mailing address Plaintiff has on Defendant is incorrect, preventing the Defendant from receiving proper service,

**IT IS HEREBY ORDERED** that the August 9, 2007 Order for Judgement Debtor Examination be quashed.

Date: 9/6/07

_____
UNITED STATES MAGISTRATE JUDGE